IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEMOND CYCLING, INC.,

                Plaintiff,

   v.

TREK BICYCLE CORPORATION,

   Defendant and
   Third-Party Plaintiff,

   v.

GREG LEMOND,

       Third-Party Defendant.

ORDER

09-mc-001-slc

Minn. Civ. No. 08-1010 (RHK/JSM)

---

      On January 14, 2009, this court held a hearing on plaintiff's motion to quash the third-party subpoena issued to the Gluskin Townley Group, LLC. Having read the parties' submissions and having discussed the motion with both sides on the record, I denied the motion.

      It is ORDERED that Gluskin Townley Group, LLC shall comply with the subpoena and provide all responsive documents to counsel for defendant in the above-captioned lawsuit.

      It is further ORDERED that all information so disclosed shall be protected by attorneys-eyes-only confidentiality pursuant to the underlying protective order in this lawsuit. Additional disclosures must be by court order in the District of Minnesota.

It is further ORDERED that compliance with this order may be stayed until January 21, 2009 for reasons stated during the telephonic motion hearing.

Entered this 14th day of January, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge